**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LAVERNE DARBY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No. 08 CV 3279** |
| vs. ) | |
| ) | |
| **UNITED RECOVERY SERVICE LLC**, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned, hereby certifies that the following document(s)

**APPEARANCE**

Was served on August 15, 2008, in accordance with FED R. CRIM., P. 49, FED R. CIV. P.5 L.R.5.5., and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.

Respectfully submitted,

/s/ Era R. Laudermilk
**ERA R. LAUDERMILK,** Counsel for
Defendant United Recovery Service, LLC


**ERA R. LAUDERMILK**
**WOODS & EVANS, LLC**
**4747 LINCOLN MALL DRIVE, STE 410**
**MATTESON, ILLINOIS 60430**
**(708) 647-8200 – (708) 747-2390 (FAX)**
**ATTORENY NO. 6290011**