**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LAVERNE DARBY**, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**UNITED RECOVERY SERVICE LLC**, )<br>)<br>Defendant. ) | **Case No. 08 CV 3279** |

**CERTIFICATE OF SERVICE**

The undersigned, hereby certifies that the following document(s)

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT**

Was served on August 15, 2008, in accordance with FED R. CRIM., P. 49, FED R. CIV. P.5 L.R.5.5., and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.

Respectfully submitted,

/s/ Era R. Laudermilk
**ERA R. LAUDERMILK,** Counsel for
Defendant United Recovery Service, LLC


**ERA R. LAUDERMILK
WOODS & EVANS, LLC
4747 LINCOLN MALL DRIVE, STE 410
MATTESON, ILLINOIS 60430
(708) 647-8200 – (708) 747-2390 (FAX)
ATTORENY NO. 6290011**